### 9428. Loehr *v.* City of Atlanta.

Wade, C. J. The evidence did not sustain the allegations of negligence on account of which a recovery was sought; and therefore the court did not err in awarding a nonsuit.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

Decided April 12, 1918.

Action for damages; from city court of Atlanta—Judge Reid. September 12, 1917.

*Reynolds & Whitman,* for plaintiff.

*J. L. Mayson, S. D. Hewlett,* for defendant.